726

Commonwealth *v.* Moore, Appellant.

Submitted September 10, 1973. *Philip M. Cullen,* Assistant Public Defender, for appellant; *James R. Leonard, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Morris, Appellant.

Submitted September 12, 1973. *Thomas M. Reese,* for appellant; *Paul S. Foreman,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Murray, Appellant.

Submitted September 17, 1973. *Leonard Rubin,* for appellant; *Louis A. Perez, Jr.,* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.